FILED IN OPEN COURT
ON 4/1/14
Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:14-CR-4-1BO(1)
2:14-CR-4-2BO(1)

| | |
|---|---|
| IN RE: | : |
| | : |
| TEN-COUNT GRAND JURY | : ORDER TO SEAL INDICTMENT |
| INDICTMENT OF APRIL 1, 2014 | : |

Upon the motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on 1 April 2014 be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing arrest warrants for the defendants and to provide copies of the Indictment to the United States Attorney's Office and United States Probation Office.

It is FURTHER ORDERED that this matter will be unsealed at the time of the defendant's arrest.

This the 1 day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
JAMES E. GATES