UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:14-CR-4-1BO(1)
NO. 2:14-CR-4-2BO(1)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | <u>ORDER TO UNSEAL INDICTMENT</u> |
| | : | |
| ALEKSEY MARTSHEVEKIY | : | |
| YAROSLAV BELKIN | : | |

Upon motion of the United States of America, and for good cause shown, the sealed Ten (10) Indictment returned by the Grand Jury for the Eastern District of North Carolina on April 1, 2014, against the above-named defendants, is hereby ORDERED to be unsealed by the Clerk of the United States Court for the Eastern District of North Carolina.

This 15 day of December 2016.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE