UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:14-CR-4-1BO
NO. 2:14-CR-4-2BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| ALESKY MARTYSHEVSKY, | ) | |
| YAROSLAV BELKIN. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Indictment without prejudice pending against the above-captioned defendants in light that the material witnesses in the Government's case no longer reside in the United States.

ROBERT J. HIGDON
United States Attorney

By: /s/ Ethan A. Ontjes
ETHAN A. ONTJES
Assistant United States Attorney
Criminal Division
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone no. 919-856-4530
Email: ethan.ontjes@usdoj.gov

Leave of Court is granted for the filing of the foregoing Dismissal of the Indictment.

TERRENCE W. BOYLE
United States District Judge

Date: 7-23-18